IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~MARYLAND~~ WVa.

Cane Singleton

_____

_____

_____

_____

                                                          *

                                                          *

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

**v.**

Young et. al.

_____

_____

_____

                                                          *

                                                          *

*(Full name and address of defendant)*
**Defendant(s).**

Case No.: 5: 21-CV-00256
*(Leave blank. To be filled in by Court.)*

Under 1915(g)
    Imminent Danger

                                                          *

## MOTION AND AFFIDAVIT TO PROCEED IN FORMA PAUPERIS

I, ___Cane Singleton___, declare that I am the plaintiff in this case. Because of my poverty, I am unable to pay the filing fee and costs of this action at this time, nor am I able to give security therefor.

I understand that the fee for filing this type of case is $350.00. I understand that if my motion is granted, it does not mean I will not have to pay this fee. I understand that if my motion is granted, periodic deductions may be made from my inmate account until the entire fee is paid. By filing this motion, I am agreeing to allow such deductions as are required by law. I understand that if I do not have money in my prison account, but have other resources, the Court may require that I pay the filing fee or a partial filing fee.

I believe that I have a meritorious complaint and am entitled to relief in these proceedings.

In support of this motion, I answer the following questions:

1. Are you presently employed in a prison job or other assignment that results in compensation of any sort, including work release?

    YES ☑   NO ☐

    a. If you answered YES, list your employer or assignment and the amount of your wages.

    Employer/assignment: _F. Bop. Trust fund._

    Monthly gross wages: _$55.00_

    Monthly net wages: _$5.00_

    b. If you answered NO, state the date of your last employment or assignment, the name of your employer or assignment, and the amount of wages you received.

    Date: _NA_

    Employer/assignment: _NA_

    Monthly gross wages: _NA_

    Monthly net wages: _NA_

2. Within the past twelve months have you received any income from: 1) settlements, judgments, or monetary awards from a court; 2) Social Security, public assistance, workers' compensation or disability payments; 3) a business, profession or other form of self-employment; 4) rent, interest or dividends; 5) retirement, annuity, pension or insurance payment; 6) gifts or inheritances; 7) or any other sources?

    YES ☑   NO ☐

    If you answered YES, list the amount received, date it was received, and the source.

| Amount | Date received | Source |
|--------|---------------|--------|
| $300.00 | Quarterly | Family gifts |
| | | |
| | | |

3.  How much money do you have in your institutional account? __$353.09__

_____

4.  How much money do you do have in checking, savings or other accounts outside of the institution?

_____ N-A. _____

5.  Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (not including ordinary household furnishings and clothes)?

YES ☐    NO ☑

If you answered YES, list the value and describe each item.

| Value | Description |
| --- | --- |
| NA | NA |
| NA | NA |
| NA. | NA |

6.  List everyone (including businesses and the government) that you owe money and the amount that you owe.

| Creditor | Total debt | Monthly payment |
| --- | --- | --- |
| Courts | $16,000.00 | $50.00 |
| | | |
| | | |
| | | |

7.  List any other major monthly expenses that you are actually paying.

| Description | Monthly payment |
| --- | --- |
| True links | $70.00 |
| Phone. | $150.00 |
| Food & Hygine | $360.00 |
| | |

8. Attach a certified statement of your prison account for the past six months. If you are unable to do this, one will be requested from prison officials.

I declare under the penalties of perjury that the information above is true and correct.

4-18-21
Date

_Signature of Plaintiff_

_Cene Singleton_
Printed Name

FCI Beckley PO Box 350
Address   Beaver. Wva. 25813

NA
Telephone Number

NA,
Email Address

```
Sales Invoice   ---S.B.U.---
Beckley FCI
MAIN
Account No. 76073066       TF64394
SINGLETON, CANE
04/12/2021 07:55:51 AM TXN9422294    32
---------------------------------------
BEGINNING BALANCES:
Available Balance is $442.09
Spending Limit Balance is $90.00
Account Balance is $442.09
=======================================
Qty   Description              Price
=======================================
 1 SUNKIST BERRY LEM          $4.55
 1 MEAD 50 WHITE ENV          $1.75
 1 WORD SEARCH                $1.25
 1 NUTTY BARS                 $2.10
 1 SAFEGUARD SOAP             $4.15
 1 VO5 2 IN 1 SHAMPO          $1.45
 1 KEEFE NON DAIRY C          $1.85
*1 HAZELNUT COFFEE-M          $3.85
*1 HAZELNUT COFFEE-M          $3.85
 1 ROLLED OATS                $2.30
 1 TOFFEE-ALMOND GRA          $3.60
 1 TOFFEE-ALMOND GRA          $3.60
 1 HOT PEPPER MIX             $2.10
 1 HOT PEPPER MIX             $2.10
 5 CHILLI W/BEAN HOT          $0.50
 2 KEEFE WHITE RICE           $2.20
 2 BROWN RICE RESEAL          $2.20
 1 GOODY GOODY TRAIL          $3.15
10 3 MUSKETEERS              $10.50
10 COS  MACKEREL             $10.50
 8 BEEF CUP SOUP              $4.40
 1 TASTER'S CHOICE C          $9.05

              Total           $89.00

Charge 76073066    $89.00
---------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $353.09
Spending Limit Balance is $1.00
Account Balance is $353.09
***************************************
PIN is 2257
***************************************
---------------------------------------
          Fingerprint Verified
---------------------------------------
Signature

ALL SALES ARE FINAL!  CHECK ITEMS BEFORE
 LEAVING
```