Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of W. Va.

_____ . Division

|  |  |
|---|---|
| Cane Singleton<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br><br>Young, Warden. Fos Beckley<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. ___5:21-cv-00256___

*(to be filled in by the Clerk's Office)*



FILED

APR 20 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _____ Cane Single Ton_____

All other names by which
you have been known: _____

ID Number _____ 76073-066 _____

Current Institution _____ FCI Beckley _____

Address _____ Po Box 350 _____

_____ Beaver _____ Wva. _____ 25813 ___
               *City*          *State*       *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _____ MR. Young _____

Job or Title *(if known)* _____ Warden _____

Shield Number _____ N-A _____

Employer _____ F BOP _____

Address _____ Po Box 1280, 1600 industial Park Road

_____ Beaver _____ Wva. _____ 25813 ___
               *City*          *State*       *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name _____ MR. Rich _____

Job or Title *(if known)* _____ Assistant Warden Programs

Shield Number _____ N-A _____

Employer _____ F Bop _____

Address _____ Po Box 1280 1600 industial Park Road

_____ Beaver _____ Wva _____ 25813 ___
               *City*          *State*       *Zip Code*

☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____ ms. Agtwood   Hag Wood _____

Job or Title *(if known)* _____ Psycology _____

Shield Number _____ N-A _____

Employer _____ F Bop. _____

Address _____ F Bop, Po Box 1280. 1600 industral Park Rd. _____

_____ Beaver.        WVa.        25813 _____
          City                State                Zip Code

[✓] Individual capacity     [✓] Official capacity

Defendant No. 4

Name _____ mR. Fain _____

Job or Title *(if known)* _____ Health service supervisor _____

Shield Number _____ N-A. _____

Employer _____ F Bop. _____

Address _____ Po Box 1280  1600 industrial Park Rd. _____

_____ Beaver        WVa.        25813 _____
          City                State                Zip Code

[✓] Individual capacity     [✓] Official capacity

**II.     Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

> D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any
> statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
> 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color
> of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of
> federal law.  Attach additional pages if needed.
>
> F. Bop Employees

## III.     Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee

- [ ] Civilly committed detainee

- [ ] Immigration detainee

- [x] Convicted and sentenced state prisoner

- [x] Convicted and sentenced federal prisoner

- [ ] Other *(explain)* _____

## IV.     Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite
any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.



B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

FCI Beckley W. Va. From march 20, 2019
To pate 4 continuing

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

From About march 20. 2019 To Date
& Continuing

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?)* Physcology Staff Have
Foil To Effectively Address my Psycology issues & medications
Directing me to unqualified medical PA Staff Causing me To
suffer Damages . & Threats To my Health & safety.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

multiple adverse serious side Effects From
inadequate medications. Halucinations. mental Anguish.
small seizures. Emotional Distress, injuries to body
such As Ebrasions. bruisings & or other Physical injuries

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.
① $ 120. 000. 000 . 26
② To be provide immediate proper & Effective
Psycology Care & Treatment. or
As An Alternative. To be Release From Prison
To seek my own Treatment

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FCI Beckley W.va.

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No   Not one That Addresses Imminent Dangers

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

FCI Beckley WIVa,

2.    What did you claim in your grievance?

Improper Psycology Treatment & meds & imminent Danger.

3.    What was the result, if any?

Unanswered

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

None Available

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

*None Are Available To Address imminent Dangers FBop Remedy Process not Applicable To or For Fast & speedy Relief.*

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*Spoke To Psy Cology & Unit Team & Administration.*

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *under imminent Danger of serious Physical injury or Death.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*NA*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)     N.A

Defendant(s)    NA

2.   Court *(if federal court, name the district; if state court, name the county and State)*

NA

3.   Docket or index number

NA

4.   Name of Judge assigned to your case

NA

5.   Approximate date of filing lawsuit

NA

6.   Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition.    NA

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

NA

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.    Docket or index number

_____ N/A _____

4.    Name of Judge assigned to your case

_____ N/A _____

5.    Approximate date of filing lawsuit

_____ N/A _____

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition ____ N/A ____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-18-21

Signature of Plaintiff

Printed Name of Plaintiff    Cune Singleton

Prison Identification #    76073-066

Prison Address    PO Box 350

Beaver, W Va.    25813
City            State        Zip Code

B.    **For Attorneys**

Date of signing:    NA

Signature of Attorney    NA

Printed Name of Attorney    NA

Bar Number    NA

Name of Law Firm    NA

Address    NA

NA
City        State        Zip Code

Telephone Number    NA

E-mail Address    NA

Cane Singleton
76073066
Federal Correctional Institution Beckley
P.O. Box 350
Beaver. W.Va 25813

Legal-Mail

Clerk of Courts
US District Court
110 n. Heber Street
Beckley W.Va 25801



FEDERAL CORRECTIONAL INSTITUTION

_____, WV 25813

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURIS- DICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.