

*Attachment A - <u>Bivens</u> Complaint form*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

Cane Singleton _____         76073-066 _____

_____        _____

_____        _____

_____        _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action)*

v.                                      CIVIL ACTION NO. 5:21-00256 _____
                                        *(Number to be assigned by Court)*

Hegwood. Psycology _____

Atkins. Psycology. _____

Fain. Health service supervisor _____

Young. Warden. _____

*(Enter above the full name of the defendant*
*or defendants in this action)*

Defendant(s). *(see continuance page)*

### COMPLAINT

**I.    Parties**

    A.    Name of Plaintiff:   Cane Singleton _____

         Inmate No.:   76073-066 _____

         Address:   FCI Beckley PC Box 350 _____

                      Beaver. W.Va. 25813 _____

B.    Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

C.    Name of Defendant: _Heglwood_____

Position: _Psycology department_____

Place of Employment: _FCI Beckley W.Va. PO Box 1280_

_Beaver. W.Va. 25813_____

D.    Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: _Atkins_____

Position: _Psycology department_____

Place of Employment: _FCI Beckley WVa. PO Box 1280_

_Beaver. WVa. 25813_____

Name of Defendant: _Fain._____

Position: _Health service supervisor_____

Place of Employment: _FCI Beckley WVa. PO Box 1280_

_Beaver, W.Va. 25813_____

2

Additional Defendants

Name of Defendant　　　John-Jane Doe

Position　　　Remedy Clerk

Place of Employment　　FCI Beckley WVa. Po Box 1280
Beaver. W.Va. 25813

Name of Defendant　　　John-Jane Doe

Position　　　Remedy Clerk

Place of Employment　　FBOP mid-ATL Regional office
302 Sentinal DR. Ste 200 Annapolis-
-Junction. Md. 20701

3

II.    **Place of Present Confinement**

Name of Prison/Institution:    *F.C.I. Peckley W.Va.*

A.    Is this where the events concerning your complaint took place?

Yes __✔__        No _____

If you answered "no," where did the events occur? _____

_____

B.    Is there a prisoner grievance procedure in this institution?

Yes __✔__        No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes __✔__        No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): *Complaints Rejected* *which is Part of my suit*

III.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____        No __✔__

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.    Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

4

2.      Court (if federal court, name the district; if state court, name the county);

_____

3.      Docket Number: _____

4.      Name of judge to whom case was assigned: _____

5.      Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.      Approximate date of filing lawsuit: _____

7.      Approximate date of disposition: _____

## IV.   Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

Beckley Psycology & medical DeparTment Defendants Named
Fail To Provide Proper-Timely Psycology Treatment or medications
or AcT with Malpractice while the Facility warden Allows
this To Take place under His Direction & then local & Regional
Remedy staff impede my F.Bop Complaints forcing me To
suffer the Conditions which leave me in the Zone of
suffering A mental breakdown or otherwise suffering
Emotional DisTress. mental Anguish and or Physical
injuries see ContinUance pages.

_____

4

## V.   Relief

<u>State briefly and exactly what you want the Court to do for you</u>. Make no legal arguments. Cite no cases or statutes.

① $526.000.000'26

② Proper - Timely Psycology Treatment & medications or my Release from Custody.

Signed this 25 day of May , 20 21 .

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___May 25, 2021___ .
                        (Date)

_____
Signature of Plaintiff

5

Continuance Pages to Suit.                    Page 1 of 2.

(1)    I sought Assistance From F.C.I. Beckley
Psycology Department on several occasions
since February 2021. Regarding My Mental
Conditions & Psycology Medications yet.
Psycology Heywood & Atkins Refuse To Help
Me & Referred Me To Beckley Medical Department.
see Exhibit (1) Bp8 Informal Complaint & Response.

(2)    Beckley Medical Department, Unqualified To
Treat Me For Psycology issues Has Prescribe Me
generic Meds For My psycology issues that Cause
A list of side Effects & Make My Mental state
Even worst.

(3)    The Major Problem is Warden Young & Health
service supervisor. Allow Psycology Staff to
NOT Treat or Redress inmate Psycology issues
(While) Having unqualified Medical Staff such
As A PA. Whom is NOT Even A Doctor & should
Not be prescribing serious Medications let Alone
those For Psycology issues Resulting in Negligence
Malpractice & A Denial of Reasonable Psycology
Treatment.
Estelle vs. Gamble 429 US 97. 107 (1976)

(4)    Where. While This Negligence & Malpractice is going
on. I Filed An #Bop Remedy Complain. Warden
level Bp9 #              Which The Facility Remedy
clerk (Name Unknown) Rejected Without Even
Considering My Emergency Psycology issues &
Simply Told Me To File A Tort claim.

(a)    Not Addressing My Emergency issues.
Rendelman vs. Scott 378 Fed. Appx. 309 (2010)

(b)    Try to Mislead Me into Not Exhausting my local

Remedies see. (Administrative Procedures Act)
Jacks vs. Crabtree 114 F.3d. 983. 985 N. 1 (9th cir. 1997)
Reno vs. Koray 515 US 50. 61. (1995) see Exhibit (2) Copy
of Warden level Rejection Notice & Bp9. Complaint

(5) Where then I Appeal my Bp9 Rejection to the
local mid-Atl Region & Enclosed All of the Proper
Forms. Bp10. With A Copy of my Bp9. & Warden
Rejection. yet. (While) not Even considering my
"Emergency" Psycology issues the mid-Atl (unknown
name) Remedy clerk. Also Rejected my complaint
Appeal. Falsely claiming I Did Not Enclose A
Copy of the Wardens (Response) When infact the
warden level Remedy clerk Rejection is the
Wardens Response. see Exhibit (3) Copy of Regional
Bp10 level Rejection Notice & Bp10.

    Where. this Bp10 Rejection only gave me 10 Days
to Re-Apply that was Already Expired When I Received
it & unit team staff (Refuse to) Provide letter Heads
& therefore For closing on my FBoP Remedy Access
& Exhaustion Although I Have Attempted to Appeal
this 2nd Error Rejection to the FBoP Central office
Washington D.C. Via. Bp11. that will Also get
Rejected.

    Thus I'm Denied Proper-timely Psycology
Treatment & or medications While I Remain in
the zone of suffering Physical injuries & I
continue to suffer mental Anguish & Emotional
Distress For which I seek Relief For Damages
& Rights violations under the 5th. 8th & 14th.
Amendments. my Right in Remedy Access Here is Triger
by the 8th Amendment Psycology issues they Fail to Address

FCI Beckley W.Va.

Statement 25e                                               Exhibit (1)

# REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION FORM
### FCI BECKLEY, WEST VIRGINIA

Inmate Name: _Cane Singleton_          Register Number: _76073066_

Assigned Unit: _RAU_                   Date: _4/15/21_

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-299(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. State Specific Complaint: _Psycology is Failing To Effectively ASSist me Regarding my medications Placing my safety At Risk by Trying To force & Pershade me To Use medications that Cause me To Halucinate & other serious side Effects._

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the BP-229(13) response.)

2. State what actions you have made to informally resolve your complaint: _I spoke To Psycology About this To No Avail._

3. State what resolution you expect: _I WANT Proper-Timely medications That satisfy my needs & I seek Compensation For All Damages, for Denials._

Inmate's Signature _[signature]_          Date: _4/16/21_

Correctional Counselor's Comments (Steps to Resolve): _I SPOKE WITH PSYCHOLOGY AND THEY RECOMMENDED THAT HE SPEAK WITH HIS PA TO MAKE CHANGES TO HIS CURRENT MEDICATION IF WHAT HE IS PRESCRIBED IS NOT WORKING FOR HIM_

Counselor's Signature: _James Morris_          Date: _4-16-21_

Unit Manager's Review: _[signature]_          Date: _4-19-21_

Informally Resolved: _____          Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | TO REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 4-15-21 | 4-16-21 | | | |
| TIME | 3:00 PM | 1:30 PM | | | |
| COUNSELOR | J. Morris | J. Morris | | | |

BEC 1330-13f          Administrative Remedy Program          Attachment A

Exhibit (1)


REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 23, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BECKLEY FCI

TO  : CANE SINGLETON, 76073-066
      BECKLEY FCI    UNT: POPLAR    QTR: A03-332U
      P.O. BOX 1280
      BEAVER, WV 25813


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1078071-F1    ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : APRIL 23, 2021
SUBJECT 1       : PSYCHOTROPIC OR OTHER MENTAL HEALTH MEDICATIONS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : I/M MUST SUBMIT TORT CLAIMS FOR COMPENSATION

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Singleton Cane_  _76073-066_  _RA up_  _FCI Beckley_
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

Psycology is Failing To Effectively Assist me Regarding my medications. Placing my safety At Risk by Trying to Force & Perswade me to use meds That Cause me serious side Effects Halucinations & more. my PA is Not A Licenced Physyologist & Cannot legally prescribe me Psycology meds. & FCI Beckley Does Not Have A licenced Psycology Doctor Whom Can prescribe meds violating my 8th Amend. Rights. I want proper Timely Treatment & medications & Compensated For All Damages

_4-16-21_        _Cn Sn_
DATE                                  SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE                                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**

CASE NUMBER: _1078071-F1_

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN      PRINTED ON RECYCLED PAPER

*5:21-cv-256* (handwritten)

*Exhibit (3)(a)* (handwritten)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 7, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : CANE SINGLETON, 76073-066
      BECKLEY FCI    UNT: POPLAR    QTR: A03-332U
      P.O. BOX 1280
      BEAVER,  WV 25813


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1078071-R1      REGIONAL APPEAL
DATE RECEIVED   : MAY 3, 2021
SUBJECT 1       : PSYCHOTROPIC OR OTHER MENTAL HEALTH MEDICATIONS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

*Exhibit (3)(a)* (handwritten)

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

5:21-cv-256

Exhibit (3)(6)

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _Obioma_____ 76073-066 _____ FCI _BAUP_ _Forest Clen_
         _S. Wakawa Dane_
         LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

I Appeal the Rejection of my Bp9 my Psycology issues were never Address. Failing to Address my Complaint & only Directing me to File A Tort claim Attempts to mislead me to fail to Exhaust my Administrative Remedies so As to impede Court Access. While Psycology is Failing to Effectively Address my issues Placing my Health & safety At Risk. Causing me Further mental Anguish & Distress. Placing me in A zone of Physical injuries. While I Am Denied Adecuate Effective medications. I WANT Effective & Timely Psycology Treatment & meds IWANT staff sanction For Failing to Address & Rejecting my complaints & I seek Compensation For All Damages

_4-28-21_____                    _____
          DATE                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                    _____
          DATE                                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                CASE NUMBER: _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

                                              CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT        INSTITUTION

SUBJECT: _____

_____                    _____
          DATE                                SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                        Exhibit (3)(6)   BP-230(13)
                                                                                JUNE 2002

Case 5:21-cv-00256    Document 9    Filed 06/01/21    Page 14 of 15 PageID #: 58

Cane Singleton
76073-066
Federal Correctional Institution Beckley
        PO Box 350
Beaver. W.Va. 25813

(legal-mail)

                    Clerk of Court
                    U.S. District Court
                    110 North Heber Street
                    Beckley. W.Va. 25801

USA NON-MACHINEABLE SURCHARGE

USA NON-MACHINEABLE SURCHARGE

Case 5:21-cv-00256    Document 9    Filed 06/01/21    Page 15 of 15 PageID #: 59



FEDERAL CORRECTIONAL INSTITUTION

DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURIS- DICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.