UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

CANE SINGLETON,

    Petitioner,

v.                                           CIVIL ACTION NO. 5:21-cv-00256

MR. YOUNG, *Warden*,
MR. FAIN, *Health Service Supervisor*,
ATKINS, *Psychology*,
HAGWOOD, *Psychology*,
B. JERALD, *Medical*, RICH,
JANE DOE, and
UNIT MANAGER SMITH,

    Respondents.

## ORDER

    Pending is Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment [Doc. 52], filed October 22, 2021. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on June 16, 2022. Magistrate Judge Aboulhosn recommended that the Court dismiss Plaintiff's Complaints [Docs. 2, 9, 26] with prejudice, deny as moot Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment [Doc. 52], and remove this matter from the Court's docket.

    The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis

added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on July 5, 2022. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 65**], **DISMISSES** Plaintiff's Complaints [**Docs. 2, 9, 26**], **DENIES AS MOOT** the Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment [**Doc. 52**], and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER:   September 19, 2022

Frank W. Volk
United States District Judge